UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
Shirley Walton, ) CASE NO. 19-04601-DSC-13
Debtor(s). )

## MOTION FOR APPROVAL OF COMPROMISE

The Debtor, by and through her attorney of record, hereby moves this Court to approve a compromise between Shirley Walton and GEICO and in support thereof states as follows:

1. On July 8, 2020, the Debtor was involved in an automobile accident wherein her 2014 Hyundai Accent was declared a total loss.
2. The Debtor scheduled Title Max as a secured creditor on the same 2014 Hyundai Accent.
3. GEICO has agreed to settle the total loss of the vehicle with a payment in the amount of $6,659.63 (see attached letter).
4. The current approximate debt owed to Title Max is $5,873.00.
5. The Debtor claimed an exemption in the amount of $1,152.00 on the 2014 Hyundai Accent pursuant to her Schedule C.

WHEREFORE, the Debtor respectfully moves this Court to approve a compromise between the Debtor and GEICO and issue an order approving the payment of $6,659.63 to the Chapter 13 Trustee, pursuant to the parties' settlement agreement, and to direct the Chapter 13 Trustee to apply the payment to the claim filed for Title Max and a payment in the amount of $786.63 to the Debtor representing exempt funds.

C. Taylor Crockett

OF COUNSEL:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
Telephone: (205) 978-3550

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was served upon the party listed below and on the attached matrix by electronic filing and/or by placing a copy in the U.S. Mail first-class postage prepaid this the 12th day of August, 2020.

Bradford W. Caraway
Chapter 13 Trustee
P. O. Box 10848
Birmingham, AL 35202

C. Taylor Crockett

TOTAL LOSS SETTLEMENT EXPLANATION

| | |
|---|---|
| Date | July 14, 2020 |
| Accident Date | July 8, 2020 |
| Claim Number | 867658611 0000 001 |
| Company | GEICO Casualty Company |
| Vehicle | 2014 HYUNDAI Accent GLS Automatic |
| VIN | KMHCT4AE1EU667189 |

Dear: Ladarryl Banks,

This is a brief explanation of your claim settlement:

| | | |
|---|---|---|
| Base Value | | $7,323.00 |
| Condition Adjustment | | $0.00 |
| Pre Tax Adjustment | | $0.00 |
| Tax | | $320.38 |
| Total Value | | $7,643.38 |
| State and Local Regulatory Fees | | $16.25 |
| Post Tax Adjustment | | $0.00 |
| Less Deductible | | $1,000.00 |
| Less Percent Negligent | 0% | $0.00 |
| Less Retention Amount | | $0.00 |
| Net Settlement Amount | | $6,659.63 |
| Towing Charges | | $0.00 |
| Storage Charges | | $0.00 |

State law requires that owners of total loss or salvage motor vehicles apply for a salvage certificate within 10 days after a total loss settlement.
Does Apply ☐  Does Not Apply ■

Any state sales tax due the owner through replacement of the vehicle will be considered when notice is given and purchase invoice presented.
Does Apply ☐  Does Not Apply ■

Adjuster Tyler Morehead        Telephone No. 504-206-8361

Customer's Signature _____

CL-30 (10-13)

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   Home Point Financial Corporation
1126-2                                   4515 N Santa Fe Ave. Dept. APS                 Sottile & Barile, LLC
Case 19-04601-DSC13                      Oklahoma City, OK 73118-7901                   394 Wards Corner Road,  Ste. 180
NORTHERN DISTRICT OF ALABAMA                                                            Loveland, OH 45140-8362
Birmingham
Wed Aug 12 15:09:29 CDT 2020

PRA Receivables Management, LLC          U. S. Bankruptcy Court                         CB Indigo/GF
PO Box 41021                             Robert S. Vance Federal Building               P.O. Box 4499
Norfolk, VA 23541-1021                   1800 5th Avenue North                          Beaverton, OR 97076-4499
                                         Birmingham, AL 35203-2111


CBNA                                     Capital One                                    Capital One Auto Finance
P.O. Box 6497                            P.O. Box 30285                                 P.O. Box 259407
Sioux Falls, SD 57117-6497               Salt Lake City, UT 84130-0285                  Plano, TX 75025-9407


Capital One Auto Finance, a division of Capi   Capital One Bank (USA), N.A.             Capital One, N.A.
P.O. Box 4360                            by American InfoSource as agent                c/o Becket and Lee LLP
Houston, TX 77210-4360                   PO Box 71083                                   PO Box 3001
                                         Charlotte, NC  28272-1083                      Malvern PA 19355-0701


Capital One/WMT                          Colony/Ginnys                                  Colony/Midnight Vlvt
P.O. Box 30285                           1112 7th Ave                                   1112 7th Ave
Salt Lake City, UT 84130-0285            Monroe, WI 53566-1364                          Monroe, WI 53566-1364


Comenity Bank/Chadwicks                  Comenity Bank/LaneBryant                       Credit First NA/Firestone
Bankruptcy Dept.                         Bankruptcy Dept.                               P.O. Box 81083
P.O. Box 182789                          P.O. Box 182789                                Cleveland, OH 44181
Columbus, OH 43218-2789                  Columbus, OH 43218-2789


Credit One Bank                          Easy Money Cash Centers                        Edfinancial Services
P.O. Box 98875                           210B Midfield Street                           120 N Seven Oaks Drive
Las Vegas, NV 89193-8875                 Birmingham, AL 35228-2221                      Knoxville, TN 37922-2359


Fingerhut/Webbank                        First Premier Bank                             Ginny's
6250 Ridgewood Road                      P. O. Box 5524                                 c/o Creditors Bankruptcy Service
Saint Cloud, MN 56303-0820               Sioux Falls, SD 57117-5524                     P.O. Box 800849
                                                                                        Dallas, TX 75380-0849


(p)HOME POINT FINANCIAL CORPORATION      (p)JEFFERSON CAPITAL SYSTEMS LLC               Kohl's/Capital One
11511 LUNA ROAD                          PO BOX 7999                                    P.O. Box 3115
2ND AND 3RD FLOOR                        SAINT CLOUD MN 56302-7999                      Milwaukee, WI 53201-3115
FARMERS BRANCH TX 75234-6451


LVNV Funding                             LVNV Funding, LLC                              Midland Funding LLC
c/o Resurgent Capital Services           Resurgent Capital Services                     PO Box 2011
P.O. Box 1269                            PO Box 10587                                   Warren, MI 48090-2011
Greenville, SC 29602-1269                Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding, LLC<br>320 East Big Beaver Rd #300<br>Troy, MI 48083-1271 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| PNC Mortgage<br>P.O. Box 8703<br>Dayton, OH 45401-8703 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/Belk<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/JC Penney<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | Stephens Millirons, P.C.<br>P.O. Box 307<br>Huntsville, AL 35804-0307 | Swiss Colony<br>Attn: Credit Department<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | credit first na<br>po box 818011<br>cleveland, OH 44181-8011 | (p)CHAPTER 13 STANDING TRUSTEE<br>ATTN BRADFORD W CARAWAY<br>PO BOX 10848<br>BIRMINGHAM AL 35202-0848 |
| C Taylor Crockett<br>2067 Columbiana Road<br>Birmingham, AL 35216-2139 | Shirley Walton<br>5164 Meadow Lake Trail<br>Bessemer, AL 35020-8125 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Home Point Financial Corp<br>11511 Luna Rd<br>Suite 300<br>Dallas, TX 75234 | (d)Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Title Max of Alabama, Inc.<br>912 9th Ave North<br>Bessemer, AL 35020 | Bradford W. Caraway<br>Chapter 13 Standing Trustee<br>P O Box 10848<br>Birmingham, AL 35202-0848 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47